Thomas LARSEN, Brent Lowe, Jennifer Palacios, Martin Palacios, Angela Walsh–Duffy, Plaintiffs–Appellees,

v.

**J.P. MORGAN CHASE BANK, N.A.,**
**Defendant–Appellant.**

* Honorable Hugh Lawson, United States District Judge for the Middle District of Georgia, sitting by designation.

Valerie Williams, Megan Biss, Billy Martin Ruiz, Deborah Ruiz, John Kirkland, Jacqueline Miller, Plaintiffs–Appellees,

v.

**J.P Morgan Case Bank, N.A,**
**Defendant–Appellant.**

Nos. 10–12936, 10–12937.

United States Court of Appeals, Eleventh Circuit.

Aug. 26, 2011.

G. Franklin Lemond, Jr., Edward Adam Webb, Webb Klase & Lemond, LLC, Atlanta, GA, Stephen Frederick Rosenthal, Podhurst Orseck, PA, Robert C. Gilbert, Alters Law Firm, Miami, FL, Bruce S. Rogow, Bruce S. Rogow, PA, Ft. Lauderdale, FL, for Plaintiffs–Appellees.

Christopher R. Lipsett, A. Stephen Hut, Jr., David S. Lesser, Alan E. Schoenfeld, Wilmer Cutler Pickering Hale & Dorr, LLP, New York, NY, for Defendant–Appellant.

Before EDMONDSON and MARCUS, Circuit Judges, and LAWSON,* District Judge.

PER CURIAM:

After the parties filed their appellate briefs in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Concepcion,* —— U.S. ——, 131 S.Ct. 1740, 179 L.Ed.2d 742 (2011). The

* Honorable Hugh Lawson, United States District Judge for the Middle District of Georgia, sitting by designation.

district court's order denying Appellant's motion to stay the proceedings pending arbitration is VACATED, and this case is fully REMANDED to the district court. The District Court is to reconsider the case in the light of the Supreme Court's *Concepcion* opinion. In the district court, discovery is to be limited to issues bearing significantly on the arbitrability of this dispute until the question of arbitrability has been decided.

VACATED and REMANDED.